**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SHANIQUE PEREZ,                                  :
                                                 :
    Plaintiff,                               :        Civil Action No.:      25-3947 (RC)
                                                 :
    v.                                       :        Re Document No.:    24
                                                 :
KETTERER BROWNE &                                :
ASSOCIATES, LLC et al.,                          :
                                                 :
    Defendants.                              :

## ORDER

On March 4, 2026, Defendant Elizabeth Van Pelt filed a motion to dismiss.  *See* ECF No. 24.  Ms. Perez, who is proceeding *pro se*, has not yet filed a response.  Although Ms. Perez's response would ordinarily be due within 14 days, *see* D.D.C. Civ. R. 7(b), the Court will set the response deadline for Monday, April 6, 2026, *see* Fed. R. Civ. P. 6(a)(1).  Under Local Civil Rule 7(b), if any party fails to file a response to a motion within the prescribed time, "the Court may treat the motion as conceded."  In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988) (per curiam), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of the failure to respond to a dispositive motion.  *See also Neal v. Kelly*, 963 F.2d 453, 456 (D.C. Cir. 1992).  "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case."  *Fox*, 837 F.2d at 509.  The Court hereby advises Ms. Perez of her obligations under the Federal Rules of Civil Procedure and the Local Civil Rules.  If Ms. Perez fails to submit a memorandum responding to Ms. Van Pelt's motion, the Court may treat the motion as conceded, grant the motion, and dismiss her case.  If Ms. Perez complies with her obligations under the Federal and Local Rules, she is advised that when the Court rules on Ms. Van Pelt's motion, it will take into

consideration the facts proffered by Ms. Perez in the complaint, along with her response or opposition to Ms. Van Pelt's motion.

Accordingly, it is hereby **ORDERED** that Ms. Perez shall respond to Ms. Van Pelt's motion to dismiss on or before April 6, 2026.  If Ms. Perez neither responds nor moves for an extension of time by that date, the Court may treat the motion as conceded and dismiss the plaintiff's complaint.

**SO ORDERED.**

Dated:  March 6, 2026                                          RUDOLPH CONTRERAS
                                                              United States District Judge